# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** | : |
| | : Case No.: 3:20-cv-00436 (KAD) |
| **Plaintiff,** | : |
| v. | : |
| | : |
| **RMS DANBURY1 LLC and MALLORY ZERO DEGREES (DANBURY) LLC,** | : |
| | : |
| **Defendants.** | : |
| | : OCTOBER 27, 2020 |

## NOTICE OF SETTLEMENT

Plaintiff, by and through undersigned counsel, hereby gives notice to the Court that this matter has settled and it is anticipated that a stipulated request for dismissal will be filed within the next thirty (30) days.

Respectfully submitted,

Attorney for Plaintiff:

  /s/ L. Kay Wilson  

L. Kay Wilson, Esq.
Fed. Juris: ct16084
WILSON LAW
2842 Main Street, #332
Glastonbury, CT 06033
(860)559-3733 Tele/Text
Wilson@kaywilsonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2020, a copy of the foregoing Notice of Settlement was filed electronically and served on all counsel of record via the Court's CM/ECF system.

/s/ L. Kay Wilson, Fed. Juris ct16084